PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                           ) | **Docket Number:  2:88CR00337-01** |
| ) | |
| **Ronnie Leroy WILDEE**       ) | |
| ) | |

On December 18, 1989, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   Kris M. Miura

**KRIS M. MIURA
United States Probation Officer**

Dated:     July 15, 2008
           Sacramento, California
           KMM**:**jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

Re: **Ronnie Leroy WILDEE**
**Docket Number: 2:88CR00337-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Ronnie Leroy Wildee be discharged from supervised release, and that the proceedings in the case be terminated.


 July 18, 2008                        /s/ Edward J. Garcia
**Date**                              **EDWARD J. GARCIA**
                                      **United States District Judge**


Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office